IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01100-RPM-KMT

ELEBERTO HERRERA,

    Plaintiff,

v.

NCO FINANCIAL SYSTEMS, INC., a Pennsylvania corporation,

---

ORDER DISMISSING CASE WITH PREJUDICE

---

    Pursuant to the parties' Stipulation of Dismissal with Prejudice, filed September 22, 2008 [15] and Fed.R.Civ.P 41(a)(1)(ii), it is

    ORDERED that this civil action is dismissed with prejudice, with each party to pay his or its own attorney's fees and costs.

    DATED: September 22nd , 2008

                                              BY THE COURT:

                                              s/ Richard P. Matsch
                                              _____
                                              Richard P. Matsch, Senior District Judge